**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

BARBARA HOLLIS,

    Plaintiff,                                                Case No. 3:14-cv-324

    vs.

COMMISSIONER OF                                District Judge Thomas M. Rose
SOCIAL SECURITY,                               Magistrate Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #14) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: March 2, 2016                                                        *s/Thomas M. Rose
_____                           _____
                                                                            THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE